**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: <br> ERICA SMITH <br> Debtor(s) | Case No. 17-17553 |

**CHAPTER 13 STANDING TRUSTEE'S FINAL REPORT AND ACCOUNT**

Tom Vaughn, chapter 13 trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C. § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 06/08/2017.

2) The plan was confirmed on 07/31/2017.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA .

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA .

5) The case was converted on 12/06/2017.

6) Number of months from filing to last payment: 4.

7) Number of months case was pending: 8.

8) Total value of assets abandoned by court order: NA .

9) Total value of assets exempted: NA .

10) Amount of unsecured claims discharged without payment: $0.00.

11) All checks distributed by the trustee relating to this case have not cleared the bank.

**UST Form 101-13-FR-S (09/01/2009)**

**Receipts:**

  Total paid by or on behalf of the debtor    $1,050.00
  Less amount refunded to debtor    $0.00

**NET RECEIPTS:**    **$1,050.00**

**Expenses of Administration:**

  Attorney's Fees Paid Through the Plan    $230.30
  Court Costs    $0.00
  Trustee Expenses & Compensation    $49.00
  Other    $7.00

**TOTAL EXPENSES OF ADMINISTRATION:**    **$286.30**

Attorney fees paid and disclosed by debtor:    $0.00

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| ADVOCATE MEDICAL GROUP | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| ADVOCATE SO SUBURBAN HOPITAL | Unsecured | 800.00 | NA | NA | 0.00 | 0.00 |
| AFFILIATED ACCEPTANCE CORP | Unsecured | 875.00 | NA | NA | 0.00 | 0.00 |
| AMERICAN EXPRESS | Unsecured | 1,167.00 | 1,167.87 | 1,167.87 | 0.00 | 0.00 |
| ASSOCIATED ALLERGISTS | Unsecured | 120.00 | NA | NA | 0.00 | 0.00 |
| BMW BANK OF NORTH AMERICA | Secured | 23,228.00 | 23,555.23 | 23,228.00 | 232.66 | 330.65 |
| BMW BANK OF NORTH AMERICA | Unsecured | NA | NA | 327.23 | 0.00 | 0.00 |
| BUREAUS INVESTMENT GROUP #15 | Unsecured | 1,259.00 | 1,259.27 | 1,259.27 | 0.00 | 0.00 |
| CAVALRY PORTFOLIO SERVICES | Unsecured | 390.00 | 390.43 | 390.43 | 0.00 | 0.00 |
| CHASE | Unsecured | 1,400.00 | NA | NA | 0.00 | 0.00 |
| CHASE BANK | Unsecured | 420.00 | NA | NA | 0.00 | 0.00 |
| CITIBANK NA | Unsecured | 732.00 | 732.03 | 732.03 | 0.00 | 0.00 |
| CITY OF CHICAGO DEPT OF REVENU | Unsecured | 400.00 | NA | NA | 0.00 | 0.00 |
| COMENITY CAPITAL BK | Unsecured | 1,200.00 | 1,306.00 | 1,306.00 | 0.00 | 0.00 |
| COMMONWEALTH EDISON | Unsecured | 1,000.00 | 1,010.46 | 1,010.46 | 0.00 | 0.00 |
| DISCOVER BANK | Unsecured | 9,681.00 | 9,681.01 | 9,681.01 | 0.00 | 0.00 |
| EMPIRE RENOVATIONS | Secured | 4,000.00 | NA | 4,000.00 | 40.92 | 99.39 |
| EVERY TOOTH COUNTS | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| FAMILY DENTAL OF ORLAND PARK | Unsecured | 300.00 | NA | NA | 0.00 | 0.00 |
| GOVERNORS STATE UNIVERSITY | Unsecured | 992.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 83.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 75.00 | NA | NA | 0.00 | 0.00 |
| HARRIS & HARRIS | Unsecured | 69.00 | NA | NA | 0.00 | 0.00 |
| HOMEWOOD HEARING CENTER | Unsecured | 25.00 | NA | NA | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Priority | 2,000.00 | 1,913.44 | 1,913.44 | 0.00 | 0.00 |
| IL DEPT OF REVENUE | Unsecured | NA | 208.16 | 208.16 | 0.00 | 0.00 |
| INGALLS URGENT | Unsecured | 1,500.00 | 897.05 | 897.05 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Priority | 5,400.00 | 7,963.65 | 7,963.65 | 0.00 | 0.00 |
| INTERNAL REVENUE SERVICE | Unsecured | NA | 3,328.00 | 3,328.00 | 0.00 | 0.00 |
| LIFETIME FITNESS | Unsecured | 350.00 | NA | NA | 0.00 | 0.00 |
| MERCHANTS CREDIT GUIDE CO | Unsecured | 205.00 | NA | NA | 0.00 | 0.00 |

**UST Form 101-13-FR-S (09/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|---|---|---|
| MIDLAND FUNDING | Unsecured | 1,774.00 | 1,774.31 | 1,774.31 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,151.00 | 1,150.93 | 1,150.93 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,102.00 | 1,102.33 | 1,102.33 | 0.00 | 0.00 |
| MIDLAND FUNDING | Unsecured | 1,403.00 | 1,403.88 | 1,403.88 | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 50.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| MUNICIPAL COLLECTIONS OF AMER | Unsecured | 200.00 | NA | NA | 0.00 | 0.00 |
| NICOR GAS | Unsecured | 300.00 | 127.44 | 127.44 | 0.00 | 0.00 |
| ONEMAIN FINANCIAL | Unsecured | 4,915.00 | 4,940.57 | 4,940.57 | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | NA | 23,059.03 | 0.00 | 0.00 | 0.00 |
| PNC MORTGAGE | Unsecured | 42,723.00 | NA | NA | 0.00 | 0.00 |
| PNC MORTGAGE | Secured | 101,569.00 | 122,808.87 | 0.00 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,314.00 | NA | NA | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 464.00 | 464.75 | 464.75 | 0.00 | 0.00 |
| PRA RECEIVABLES MGMT | Unsecured | 1,200.00 | 1,313.97 | 1,313.97 | 0.00 | 0.00 |
| QUANTUM3 GROUP LLC | Unsecured | 767.00 | 766.50 | 766.50 | 0.00 | 0.00 |
| REGIONAL RECOVERY SERVICES | Unsecured | 973.00 | 973.00 | 973.00 | 0.00 | 0.00 |
| SENTRY CREDIT INC | Unsecured | 1,162.00 | NA | NA | 0.00 | 0.00 |
| ST AGNES SCHOOL | Unsecured | 1,281.00 | NA | NA | 0.00 | 0.00 |
| ST FRANCIS | Unsecured | 1,500.00 | NA | NA | 0.00 | 0.00 |
| SULLIVAN URGENT AID CENTERS LT | Unsecured | 520.00 | 532.00 | 532.00 | 0.00 | 0.00 |
| T-MOBILE/T-MOBILE USA INC | Unsecured | NA | 612.63 | 612.63 | 0.00 | 0.00 |
| UNITED CREDIT UNION | Unsecured | 2,647.00 | 2,913.09 | 2,913.09 | 0.00 | 0.00 |
| UNITED CREDIT UNION | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 195,397.00 | 196,951.84 | 196,951.84 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 59,998.00 | 60,365.86 | 60,365.86 | 0.00 | 0.00 |
| US DEPT OF EDUCATION | Unsecured | 12,548.00 | 12,637.93 | 12,637.93 | 0.00 | 0.00 |
| VIDEKA DENTAL | Unsecured | 500.00 | NA | NA | 0.00 | 0.00 |
| VILLAGE OF MATTESON | Secured | 500.00 | NA | 500.00 | 55.58 | 4.50 |

**Summary of Disbursements to Creditors:**

| | Claim Allowed | Principal Paid | Interest Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | $0.00 | $0.00 | $0.00 |
| Mortgage Arrearage | $0.00 | $0.00 | $0.00 |
| Debt Secured by Vehicle | $23,228.00 | $232.66 | $330.65 |
| All Other Secured | $4,500.00 | $96.50 | $103.89 |
| **TOTAL SECURED:** | **$27,728.00** | **$329.16** | **$434.54** |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | $0.00 | $0.00 | $0.00 |
| Domestic Support Ongoing | $0.00 | $0.00 | $0.00 |
| All Other Priority | $9,877.09 | $0.00 | $0.00 |
| **TOTAL PRIORITY:** | **$9,877.09** | **$0.00** | **$0.00** |
| **GENERAL UNSECURED PAYMENTS:** | **$308,338.54** | **$0.00** | **$0.00** |

**UST Form 101-13-FR-S (09/01/2009)**

| **Disbursements:** | |
| --- | --- |
| Expenses of Administration | $286.30 |
| Disbursements to Creditors | $763.70 |
| **TOTAL DISBURSEMENTS** : | **$1,050.00** |

12)  The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated: 02/21/2018          By: /s/ Tom Vaughn
                                              Trustee

**STATEMENT**:  This Unified Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-13-FR-S (09/01/2009)**